DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LINDA ZACKON,**
Appellant,

v.

**SPACE COAST CREDIT UNION,**
Appellee.

No. 4D21-185

[April 22, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald Roy Corlew, Judge; L.T. Case Nos. 502017CC009595XXXXSB and 502019AP000136CAXXMB.

Brian J. Holland of Law Office of Brian Holland, P.A., Fort Lauderdale, Edwynne P. Murphy of McKenna, McCausland & Murphy, P.A., Ft. Lauderdale, and Evan C. Murphy of Murphy Advocates, St. Louis, MO, for appellant.

Daniel S. Weinger, Daniel J. Santaniello and Matthew G. Krause of Luks, Santaniello, Petrillo & Cohen, Fort Lauderdale, and Moises T. Grayson of Blaxberg, Grayson, Kukoff & Forteza, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***